**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09CR96-MR**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUAN MANUEL COTERO-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on receipt of a Forensic Evaluation from the Federal Correctional Complex in Butner, North Carolina dated September 11, 2009. The Report concluded that the Defendant <u>is</u> currently suffering from a mental disease or defect rendering him mentally incompetent to proceed and recommended that Defendant be committed for a period of mental health treatment and competency restoration pursuant to 18 U.S.C. § 4241(d).

Counsel for the Defendant and for the Government both concurred regarding the need for continued treatment and evaluation at a hearing conducted by the Court on November 6, 2009.

**NOW THEREFORE, IT IS ORDERED:**

1. The Defendant is committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), for treatment in a suitable facility and for further evaluation to determine whether the Defendant can attain, or has attained, competency to proceed.

2. The custodial treatment and evaluation described above shall be "for such a reasonable period of time, not to exceed four months," as provided in 18 U.S.C. § 4241(d)(1); and "for an additional reasonable period of time until his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward" as provided by § 4241(d)(2)(A).

3. The Clerk is directed to send copies of this Order to defense counsel, counsel for the Government, the U.S. Marshal; <u>and to the Honorable Martin Reidinger.</u>

**SO ORDERED.**

Signed: November 6, 2009

David S. Cayer
United States Magistrate Judge